IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ALLAN MUGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C06-3054 MWB |
| vs. | ) |
| | ) JUDGMENT |
| | ) IN A CIVIL CASE |
| MCGUIRE LAW FIRM PC, JAMES P MCGUIRE, JANELLE ARNDT, & COLLIN C MURPHY, | ) |
| | ) |
| Defendants. | ) |

This matter came before the Court. The issues have been decided and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,**

Judgment for the defendant, plaintiff take nothing and this action is dismissed in it's entirety for lack of subject matter jurisdiction.

Pridgen J. Watkins
Clerk of Court

s/src
Deputy Clerk

Dated: April 12, 2007